·Giovanni Barbante, Appellant, v. Christian J. Wolfe, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, O'Malley and Proskauer, JJ.

The Employers' Liability Assurance Corporation, Ltd., of London, England, Respondent, v. Mary (Also Known as Marie) Wagner, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Claire Sugg, Respondent, v. George Wandling, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Dora Hammerman, Appellant, v. Joseph Hammerman, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of Isidore Bregman, Appellant, for a Mandamus Order Directed to Patrick J. Reville, as Superintendent, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Abraham Leibowitz, Respondent, v. Mack Harnett, an Infant, etc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Morris Feinberg, Appellant, v. Ethel Feinberg, Respondent.— Order modified by reducing the amount which plaintiff is directed to pay to the defendant as alimony to the sum of $100 per week, and by reducing the amount which plaintiff is directed to pay as counsel fee to the sum of $1,000; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Morris Feinberg, Respondent, v. Ethel Feinberg, Appellant.— Order affirmed, on the ground that the counsel fee allowed by the order of January 9, 1928, covered services and disbursements of the appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Mary Ryan, Respondent, v. Sandor Art Co., Inc., and Another, Appellants.— Orders affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle orders on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of H. Ely Goldsmith, Appellant, for a Peremptory Writ of Mandamus Directed to The American Society for the Prevention of Cruelty to Animals, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Iroquois Trust Company, Respondent, v. Hurnard J. Kenner, Appellant.— Order reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, on the ground that there is no evidence that the defendant uttered a libel. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Frances Schack, Appellant, v. Rudolph Schack, Respondent.— Order reversed, with ten dollars costs and disbursements, and the motion granted, so far as to direct payment of alimony at the rate of thirty-five dollars a week, and